UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DUSTYN WAYNE OLMSTEAD,

    Defendant.

_____/

Hon. Robert J. Jonker

Case No. 1:20-cr-00121

**REPORT AND RECOMMENDATION**

Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned case on August 20, 2020, after receiving the written consent of defendant and all counsel. At the hearing, Dustyn Wayne Olmstead entered a plea of guilty to Counts 1-2 of the Felony Information in exchange for the undertakings made by the government in the written plea agreement. Count 1 of the Felony Information charges defendant with sexual exploitation and attempted sexual exploitation of minors, in violation of 18 U.S.C. § 2251 (a) and (e) and count 2 charges defendant with distribution of child pornography, in violation of 18 U.S.C. § 2252A(a)(2)(A).

On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises; that the defendant

understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

Accordingly, I recommend that defendant's plea of guilty to counts 1-2 of the Felony Information be accepted, and that the court adjudicate defendant guilty, and that the written plea agreement be considered for acceptance at the time of sentencing. Acceptance of the plea, adjudication of guilt, and imposition of sentence are specifically reserved for the district judge.

Date: August 20, 2020     /s/ Phillip J. Green
                          PHILLIP J. GREEN
                          United States Magistrate Judge

**NOTICE TO PARTIES**

You have the right to <u>de novo</u> review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than 14 days after the plea hearing. *See* W.D. MICH. L.CR.R. 11.1(d).